Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 348-5200
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Plaintiff James Robert Montez II

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROBERT MONTEZ, II,<br><br>Plaintiff,<br><br>vs.<br><br>FRESNO COUNTY CORRECTIONAL OFFICER OLIVER; UNKNOWN LAW ENFORCEMENT OFFICERS, THE COUNTY OF FRESNO, CALIFORNIA,<br><br>Defendants. | CASE NO. 1:18-cv-01510-AWI-BAM<br><br>**STIPULATION TO EXTEND DEADLINE TO AMEND PLEADINGS AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys of records for plaintiff James Robert Montez II ("Montez") and defendants Fresno County Correctional Officer Oliver ("Officer Oliver") and the County of Fresno ("County") as follows:

Montez requests to extend the April 19, 2019 deadline to amend the pleadings in this action, as set by the Court's February 6, 2019 Scheduling Order (Dkt. No. 13), based on the following reasons: (1) Montez timely propounded discovery and noticed the deposition of

Officer Oliver, very shortly after the scheduling conference was held; (2) the press of other business has resulted in a continuance of the due dates of the discovery propounded and noticed by Montez; and (3) it was necessary for the parties' to enter into a protective order in connection with the production of otherwise privileged information sought in discovery.  Because of these factors, Montez only today received document discovery in accordance with agreed upon extensions, and Officer Oliver's deposition remains to be set.  Defendants do not oppose Montez' request to extend the deadline to amend the pleadings.

Accordingly, the parties believe that there is good cause for the Court to approve the following stipulation:

1. The April 19, 2019 deadline for amending the pleadings may be extended to July 19, 2019, by which time the pending discovery will be completed and Montez will have had a reasonable time to amend the pleadings.

Dated: April 19, 2019               LAW OFFICE OF KEVIN G. LITTLE

                                    By:   /s/ Kevin G. Little
                                          Kevin G. Little
                                          Attorneys for Plaintiff James Robert Montez II

Dated: April 19, 2019               WEAKLEY & ARENDT
                                    A Professional Corporation

                                    By:   /s/ Brande L. Gustafson (Authorized on 4/19/19)
                                          James D. Weakley
                                          Brande L. Gustafson
                                          Attorneys for Defendants CORRECTIONAL
                                          OFFICER OLIVER AND THE COUNTY OF
                                          FRESNO

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the deadline for all stipulated amendments or motions to amend the pleadings shall be filed by **July 19, 2019**.

IT IS SO ORDERED.

Dated: __**April 23, 2019**__           /s/ *Barbara A. McAuliffe*  _
                                          UNITED STATES MAGISTRATE JUDGE