James D. Weakley, Esq.   Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130

Weakley & Arendt
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendants, County of Fresno and Correctional Sergeant Oliver

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROBERT MONTEZ, II, et al.<br><br>Plaintiff,<br><br>vs.<br><br>FRESNO COUNTY CORRECTIONAL OFFICER OLIVER; UNKNOWN LAW ENFORCEMENT OFFICERS; COUNTY OF FRESNO, CALIFORNIA,<br><br>Defendants. | CASE NO. 1:18-cv-01510-AWI-BAM<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: October 30, 2018<br>Trial Date: September 15, 2020 |

The parties, through their respective counsel, stipulate and jointly request the Court to extend the deadlines for non-expert discovery, expert disclosures, supplemental expert disclosures, and expert discover, all of which are set forth in the Court's Scheduling Order at Docket Number 13.

Good cause exists for this requested modification as follows:

On September 20, 2019, Defendants served Special Interrogatories, Request for Production of Documents, and Request for Admissions. *Declaration of Brande L. Gustafson ("Gustafson Decl."), para. 3.* Plaintiff was granted an extension of time to respond and served his responses on November 1, 2019. *Gustafson Decl., para. 4.* The parties engaged in efforts to meet and confer about Plaintiff's discovery responses and as a result, Plaintiff served amended

responses on January 6, 2020, which also produced the first medical records related to treatment received by Plaintiff. *Gustafson Decl., para. 6.*

Plaintiff's discovery responses identified the names and addresses for several health care providers and Defendants issued subpoenas for the records of those health care providers. *Gustafson Decl., para. 5.* The record custodian for one of those health care providers (University Psychiatry Associates), however, represented that Plaintiff had never been treated by their facility. *Gustafson Decl., para. 8.* Additionally, the documents produced with the amended responses disclosed that Plaintiff was diagnosed with Post-Traumatic Stress Disorder (PTSD), anxiety disorder, and panic disorder, including nearly daily panic attacks. *Gustafson Decl., para. 7.* As a result, the parties have been coordinating with each other to schedule a Rule 35 mental exam of Plaintiff, but have as of yet been unable to find a date available for both Plaintiff and the examining psychologist. *Gustafson Decl., para. 11.*

In the meantime, Defendants properly noticed and took Plaintiff's deposition on January 20, 2020. *Gustafson Decl., para. 9.* During Plaintiff's deposition, Defendants learned for the first time the name of the psychiatrist treating Plaintiff and that the psychiatrist practices in Kerman and not Fresno. *Id.* A new subpoena for those records was required. *Gustafson Decl., para. 10.* The records will not be received before the close of the non-expert discovery deadline and will leave minimal time for expert review and incorporation into a report prior to the expert disclosure deadline.

| Event/Deadline | Existing Date | Stipulated New Date |
|---|---|---|
| Non-Expert Discovery Deadline | January 31, 2020 | February 21, 2020 |
| Expert Witness Disclosure | February 28, 2020 | March 20, 2020 |
| Supplemental Expert Witness Disclosure | March 27, 2020 | April 17, 2020 |
| Expert Discovery Deadline | April 17, 2020 | May 8, 2020 |
| Dispositive Motion Deadline | May 15, 2020 | No Change |
| Pre-Trial Conference | July 29, 2020 | No Change |
| Trial | September 15, 2020 | No Change |

Modification of the Scheduling Order is not anticipated to affect the dispositive motion deadline, pre-trial conference, or trial dates.

In light of the foregoing good cause, the parties hereby stipulate and jointly request that the Court issue an order modifying the current Scheduling Order as detailed above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 29, 2020         WEAKLEY & ARENDT
                                A Professional Corporation

                         By:    /s/ Brande L. Gustafson
                                James D. Weakley
                                Brande L. Gustafson
                                Attorneys for Defendants,
                                County of Fresno and Correctional Sergeant Oliver

Dated: January 30, 2020         LAW OFFICE OF KEVIN G. LITTLE

                         By:    /s/ Kevin G. Little (As authorized on 1/30/20)
                                Kevin G. Little
                                Attorneys for Plaintiff,
                                James Robert Montez, II

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the Court GRANTS the parties' request to modify the Scheduling Order. IT IS HEREBY ORDERED that the Scheduling Order in this action is modified as follows:

| | | |
|---|---|---|
| 1. | Expert Disclosures: | March 20, 2020 |
| 2. | Supplemental Expert Disclosures: | April 17, 2020 |
| 3. | Non-Expert Discovery Cutoff: | February 21, 2020 |
| 4. | Expert Discovery Cutoff: | May 8, 2020 |

The dispositive motion filing deadline and the pretrial conference and trial dates remain unchanged. The parties are advised that no further extensions or modifications of the deadlines in this case will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **January 31, 2020**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE