James D. Weakley, Esq.   Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130

Weakley & Arendt
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendants, County of Fresno and Correctional Sergeant Roger Oliver

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ROBERT MONTEZ, II, et al. | CASE NO. 1:18-cv-01510-AWI-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |
| vs. | |
| FRESNO COUNTY CORRECTIONAL OFFICER OLIVER; UNKNOWN LAW ENFORCEMENT OFFICERS; COUNTY OF FRESNO, CALIFORNIA, | Complaint Filed: October 30, 2018<br>Trial Date: September 15, 2020 |
| Defendants. | |

The parties, through their respective counsel, stipulate and jointly request the Court to extend the deadlines for non-expert discovery strictly for the purpose of taking the depositions of Irene Montez, Christina Gonzalez, Valerie Villareal, and Jennifer Montez.

Good cause exists for this requested modification as follows:

Plaintiff identified Irene Montez, Christina Gonzalez, Valerie Villareal, and Jennifer Montez in his initial disclosures and indicated that all four resided at the same address and they "may testify as to all issues pertaining to liability and damages." *Gustafson Decl., para. 3.* During Plaintiff's deposition on January 20, 2020, it was learned that the only people residing at that address were Plaintiff, Irene Montez (Plaintiff's mother), and Plaintiff's father. *Gustafson Decl., para. 4.* Considering these four individuals are family members of Plaintiff, Defendants

requested available dates for the family members' depositions and inquired whether Plaintiff would be willing to produce the family members for their deposition. *Gustafson Decl., para. 5.* After a couple of days without response, Defendants followed up requesting the current addresses of Christina Gonzalez, Valerie Villareal, and Jennifer Montez to be able to serve those witnesses. *Gustafson Decl., para. 6.* Plaintiff's counsel is still working on obtaining those witnesses' addresses. *Gustafson Decl., paras. 7-8.*

During these discussions, Defendants also learned that Plaintiff's counsel would not be available for these depositions until February 27, 2020 and/or February 28, 2020. *Gustafson Decl., para. 7.* This is after the February 21, 2020 non-expert discovery deadline. Despite this fact, the parties are working together to see if Irene Montez, Christina Gonzalez, Valerie Villareal, and Jennifer Montez are also available to give a deposition on February 28, 2020. *Gustafson Decl., para. 9.*

In light of the foregoing good cause, the parties hereby stipulate and jointly request that the Court issue an order modifying the current Scheduling Order extending the non-expert discovery deadline to March 6, 2020 for the sole purpose of deposing Irene Montez, Christina Gonzalez, Valerie Villareal, and Jennifer Montez.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 13, 2020	WEAKLEY & ARENDT
	A Professional Corporation

	By:	/s/ Brande L. Gustafson
		James D. Weakley
		Brande L. Gustafson
		Attorneys for Defendants,
		County of Fresno and Correctional Sergeant Oliver

Dated: February 19, 2020	LAW OFFICE OF KEVIN G. LITTLE

	By:	/s/ Kevin G. Little (As authorized on 2/19/20)
		Kevin G. Little
		Attorneys for Plaintiff,
		James Robert Montez, II

# ORDER

Having considered the parties' stipulation, and because the instant modification is for a limited purpose, the Court GRANTS the parties' request to modify the Scheduling Order. IT IS HEREBY ORDERED that the non-expert discovery deadline is continued to March 6, 2020, for the sole purpose of taking the depositions of Irene Montez, Christina Gonzalez, Valerie Villareal, and Jennifer Montez. All other dates remain unchanged. The parties are advised that no further extensions or modifications of the deadlines in this case will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **February 20, 2020**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Stipulation & Order to Modify Scheduling Order
Case No. 1:18-cv-01510-AWI-BAM